**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 08-10062 & 08-10553 |
| Plaintiff - Appellee, | D.C. No. CR-06-01143-ROS |
| v. | |
| IVAN GUERRERO-MELCHOR, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

   In these consolidated appeals, Ivan Guerrero-Melchor appeals from the 92-month sentence imposed following his jury-trial conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Guerrero-Melchor contends that the district court procedurally erred by treating the Sentencing Guidelines as mandatory and by failing to consider the 18 U.S.C. § 3553(a) sentencing factors.  The record reflects that the district court was aware of its discretion under the advisory Sentencing Guidelines, adequately considered the § 3553(a) sentencing factors, and provided a reasoned explanation for the sentence imposed.  *See United States v. Carty*, 520 F.3d 984, 992-96 (9th Cir. 2008) (en banc); *see also United States v. Diaz-Argueta*, 564 F.3d 1047, 1051-52 (9th Cir. 2009).

**AFFIRMED.**